Maytak Chin (SBN 288155)
Email: mchin@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Peter J. Chassman (*pro hac vice pending*)
Email: pchassman@reedsmith.com
Michael J. Forbes (*pro hac vice pending*)
Email: mforbes@reedsmith.com
REED SMITH LLP
811 Main St., Suite 1700
Houston, TX 77002
Telephone: +1 713 469 3800
Facsimile: +1 713 469 3899

Attorneys for Plaintiff
Agilent Technologies, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | Case No.: 5:22-cv-06970-BLF |
| Plaintiff, | **STIPULATED PRELIMINARY INJUNCTION** |
| vs. | |
| LAURA WHITMAN, | |
| Defendant. | |

Case No.: 5:22-cv-06970-BLF — 1 —
STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION

## STIPULATED PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant Laura Whitman and each of her agents, servants, employees, contractors and each person acting in concert and participation with any of them are prohibited and enjoined from the following: (1) using, copying, or disclosing Agilent's trade secrets, privileged information or confidential information (in written form or otherwise), including, but not limited to, the materials identified in Paragraphs 29-33 of the Declaration of Catherine LeMond, in any manner; including but not limited to litigation facts, strategy, or related information regarding *Synthego Corp. v. Agilent Technologies,* including but not limited to ncluding *Inc.*, C.A. No. 5:21-cv-07801 (N.D. Cal.), *Synthego Corp. v. Agilent Technologies, Inc.*, IPR2022-00402 (P.T.A.B.) or *Synthego Corp. v. Agilent Technologies, Inc.*, IPR2022-00403 (P.T.A.B.), or any appeals thereof; and (2) deleting, destroying, or modifying any Agilent confidential information, including in any physical or electronic form, in her possession, custody or control.

Defendant will produce within 10 days for inspection and remediation by a forensic expert selected by Agilent any electronic devices (including but not limited to computers, smartphones, or external hard drives) and electronic accounts (including but not limited to email and cloud storage), including but not limited to any USB drive ever connected to Agilent's computer systems and any computer to which any said drive(s) has been connected. The forensic expert will retain forensic images of the inspected devices during the course of the litigation, and for the duration of the permanent injunction to be issued in this case.

Defendant will produce within 10 days any physical copies of documents, notebooks, or other materials Defendant retained from Agilent.

Following the forensic analysis, Defendant will make herself available for a consultation with Agilent's forensic expert and counsel at a time and place to be mutually determined.

Defendant, through counsel, will notify Agilent's counsel in the event Defendant is asked to discuss, consult, communicate with Synthego Corporation or its counsel, or serve as a witness regarding *Synthego Corp. v. Agilent Technologies, Inc.*, C.A. No. 5:21-cv-07801 (N.D. Cal.),

*Synthego Corp. v. Agilent Technologies, Inc.*, IPR2022-00402 (P.T.A.B.) or *Synthego Corp. v. Agilent Technologies, Inc.*, IPR2022-00403 (P.T.A.B.); or any appeals thereof.

Agilent will take Defendant's deposition at a date and time mutually agreeable. Counsel shall coordinate the time and location for such deposition to take place.

The parties shall meet and confer regarding the terms of a stipulated permanent injunction to be issued in this case.

DATED: November 16, 2022        REED SMITH LLP

By: /s/ Peter J. Chassman
    *Attorneys for Plaintiff, Agilent Technologies Inc.*

DATED: November 16, 2022        ANDERIES & GOMES LLP

By: /s/ Shane Anderies
*Attorneys for Defendant Laura Whitman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: Nov 16, 2022        /s/ Beth Labson Freeman